# Velva L. Price
## Travis County District Clerk
**Travis County Courthouse Complex**
**P.O. Box 679003**
**Austin, Texas 78767-9003**



June 6, 2015
Received via e-mail 6/5

Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

Dear Mr. Kyle,

A clerk's record in cause numberD-1-GN-14-000355 and Court of Appeals number
03-15-00262-CV, styled, TEXAS ASSOCIATION OF ACUPUNCTURE V TEXAS BOARD OF
CHIROPRACTIC EXAMINERS, was due in your office June 4, 2015.  This office has not received
payment for this record as of today.  Therefore, I am requesting an extension for filing.  Thank you
for your consideration.

If you have any questions, please contact me at (512) 854-4309.

Sincerely,

Trish Winkler
Deputy Court Clerk II
(512) 854-4309

| Administrative Offices | Civil and Family Division | Criminal Division | Jury Office |
|---|---|---|---|
| (512) 854-9457 | (512) 854-9457 | (512) 854-9420 | (512) 854-9669 |
| fax:  854-4744 | fax:  854-9549 | fax:  854-4566 | fax:  854-4457 |